1  Marc Van Der Hout, CA SBN # 80778
   Stacy Tolchin, CA SBN # 217431
2  Van Der Hout, Brigagliano & Nightingale, LLP
   180 Sutter Street, Fifth Floor
3  San Francisco, California 94104
   Telephone:  (415) 981-3000
4  Facsimile:  (415) 981-3003
5  Email: ndca@vblaw.com

6  Attorneys for Plaintiffs

7
                UNITED STATES DISTRICT COURT FOR THE
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 A.M. Rashed CHOWDHURY,                        Case No.  C 06-7032 SC
   Mumtaz CHOWDHURY,
11
         Plaintiffs,                             **NOTICE OF**
12                                               **VOLUNTARY**
         v.                                      **DISMISSAL**
13
14 David STILL, in his Official Capacity, District   Immigration Case, Administrative
   Director, U.S. Citizenship and Immigration Services,   Procedure Act Case
15 United States Department of Homeland Security, San
   Francisco, California; Christina POULOS, in her   Agency No.:A75 246 305
16 Official Capacity, Acting Director, U.S. Citizenship           A75 246 306
   and Immigration Services California Service Center,
17 United States Department of Homeland Security;
   Michael CHERTOFF, in his Official Capacity,
18 Secretary, United States Department of Homeland
   Security; and Alberto R. GONZALES, in his Official
19 Capacity, Attorney General, U.S. Department of
   Justice.
20
21       Defendants.
22

Notice of Dismissal                     1                    No. C 06-7032 SC

Plaintiffs, A.M. Rashed CHOWDHURY and Mumtaz CHOWDHURY, hereby voluntarily dismiss the above-captioned case. Northern District of California, Local Rules 3-2(c) and (e) require that, with limited exceptions, civil actions and proceedings be assigned by the clerk to a court serving the county in which the action arises. Plaintiffs' action arises in Santa Clara County. Plaintiffs hereby dismiss the instant case in the San Francisco Division, as it should have properly been brought in the San Jose Division. Local Rule 3-2(e). Plaintiffs are filing a new Complaint designating the San Jose Division as the proper venue for assignment. The new Complaint names the officer in charge of the San Jose District Office of the United States Citizenship and Immigration Services as the lead Defendant. Counsel for Plaintiffs and Defendants in both actions are filing a stipulation in the new action stating that dismissal of the herein Complaint and refiling of a new Complaint designating San Jose as the proper Division is the appropriate course of action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action may be dismissed voluntarily by Plaintiffs without order of the court, as the notice of dismissal is filed before service by Defendants of an answer or motion for summary judgment.

Dated: November 17, 2006                             Respectfully submitted,



IT IS SO ORDERED
Judge Samuel Conti
11/20/06

\_\_\_\_/s/_____
Marc Van Der Hout
Attorney for Plaintiffs
A.M. Rashed CHOWDHURY and
Mumtaz CHOWDHURY